THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD JONES and ROYA REZAI, husband and wife,

    Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

    Defendant.

Case No. 3:18-CV-05062-BHS

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK'S ANSWER & AFFIRMATIVE DEFENSES TO COMPLAINT**

**JURY DEMAND**

Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") responds as follows to Plaintiff's Complaint ("Complaint"):

## ANSWER

### I. PLAINTIFFS' INTRODUCTION

1.1  Amtrak admits that at approximately 7:33 a.m. on December 18, 2017, Amtrak Cascades Train 501 was traveling on the Point Defiance Bypass section of the Lakewood Subdivision, a section of trackage over which it has operating rights, and a portion of the train derailed. Except as expressly admitted herein, Amtrak denies the allegations of Paragraph 1.1 of the Complaint.

1.2  Amtrak denies the allegations of Paragraph 1.2 of the Complaint.

1.3  Amtrak denies the allegations of Paragraph 1.3 of the Complaint, except that it admits that Amtrak Cascades Train 501 was traveling in excess of the allowable speed at some

---

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 1
CASE NO. 3:18-CV-05062-BHS

019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

point prior to the derailment.

1.4   Amtrak denies the allegations of Paragraph 1.4 of the Complaint.

1.5   Amtrak lacks information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 1.5 of the Complaint and therefore denies the same.

1.6   Amtrak denies the allegations of Paragraph 1.6 except that it acknowledges that three of the passengers of Amtrak Cascades Train 501 lost their lives on December 18, 2017.

1.7   Amtrak denies the allegations of Paragraph 1.7 of the Complaint.

1.8   Amtrak denies the allegations of Paragraph 1.8 of the Complaint.

1.9   Amtrak denies the allegations of Paragraph 1.9 of the Complaint.

1.10   Amtrak denies the allegations of Paragraph 1.10 of the Complaint.

1.11   Amtrak denies the allegations of Paragraph 1.11 of the Complaint.

1.12   Amtrak denies the allegations of Paragraph 1.12 of the Complaint.

## II.   PLAINTIFFS' IDENTIFICATION OF PARTIES

2.1   Amtrak lacks information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 2.1 of the Complaint and therefore denies the same.

2.2   Amtrak admits the first two sentences of Paragraph 2.2 of the Complaint. Amtrak admits further admits that it participates in the operation of Amtrak Cascades Train 501, which operates between Seattle, Washington and Portland, Oregon. Except as expressly admitted herein, Amtrak denies the allegations of Paragraph 2.2 of the Complaint.

2.3   Amtrak lacks information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 2.3 of the Complaint and therefore denies the same.

## III.   PLAINTIFFS' STATEMENT OF JURISDICTION AND VENUE

Amtrak states that the allegations regarding jurisdiction and venue in Paragraphs 3.1 and 3.2 of the Complaint are moot given the removal of this action to the United States District Court for the Western District of Washington, where jurisdiction and venue are proper.

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 2
CASE NO. 3:18-CV-05062-BHS
019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## IV. PLAINTIFFS' STATEMENT OF FACTS

4.1    Amtrak admits that on December 18, 2017, Amtrak Cascades Train 501 service originated in Seattle, Washington and was destined for stops in Washington and in Portland, Oregon. Except as expressly admitted herein, Amtrak denies the allegations of Paragraph 4.1 of the Complaint.

4.2    Amtrak lacks information sufficient to form a belief as to the truth or falsity of the allegations of Paragraph 4.2 of the Complaint and therefore denies the same.

4.3    Amtrak admits that at approximately 7:33 a.m. on December 18, 2017, Amtrak Cascades Train 501 was traveling on the Point Defiance Bypass section of the Lakewood Subdivision, a section of trackage over which it has operating rights. Except as expressly admitted herein, Amtrak denies the allegations of Paragraph 3.4 of the Complaint.

4.4    Amtrak denies the allegations of Paragraph 4.4 of the Complaint.

4.5    Amtrak denies the allegations of Paragraph 4.5 of the Complaint.

4.6    Amtrak denies the allegations of Paragraph 4.6 of the Complaint.

4.7    Amtrak denies the allegations of Paragraph 4.7 of the Complaint, except that it admits that Amtrak Cascades Train 501 was traveling in excess of the allowable speed at some point prior to the derailment.

4.8    Amtrak denies the allegations of Paragraph 4.8 of the Complaint.

4.9    Amtrak denies the allegations of Paragraph 4.9 of the Complaint.

4.10    Amtrak denies the allegations of Paragraph 4.10 of the Complaint.

4.11    Amtrak denies the allegations of Paragraph 4.11 of the Complaint.

4.12    Amtrak denies the allegations of Paragraph 4.12 of the Complaint.

4.13    Amtrak denies the allegations of Paragraph 4.13 of the Complaint.

4.14    Amtrak denies the allegations of Paragraph 4.14 of the Complaint.

4.15    Amtrak denies the allegations of Paragraph 4.15 of the Complaint.

4.16    Amtrak denies the allegations of Paragraph 4.16 of the Complaint.

4.17    Amtrak denies the allegations of Paragraph 4.17 of the Complaint.

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 3
CASE NO. 3:18-CV-05062-BHS
019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

4.18   Amtrak denies the allegations of Paragraph 4.18 of the Complaint.

4.19   Amtrak denies the allegations of Paragraph 4.19 of the Complaint.

4.20   Amtrak denies the allegations of Paragraph 4.20 of the Complaint.

4.21   Amtrak denies the allegations of Paragraph 4.21 of the Complaint.

4.22   Amtrak denies the allegations of Paragraph 4.22 of the Complaint, except that in this civil action, Amtrak will not contest liability for compensatory damages proximately caused by the derailment of Train 501 on December 18, 2017.

4.23   Amtrak denies the allegations of Paragraph 4.23 of the Complaint, except that in this civil action, Amtrak will not contest liability for compensatory damages proximately caused by the derailment of Train 501 on December 18, 2017.

## V.   ALLEGED CAUSES OF ACTION

### A.   COUNT I – ALLEGED NEGLIGENCE

5.1   Amtrak re-alleges the paragraphs set forth above and below.

5.2   Amtrak admits that it was a common carrier of Plaintiff Jones. Except as expressly admitted herein, Amtrak denies the allegations of Paragraph 5.2.

5.3   Amtrak denies the allegations of Paragraph 5.3 of the Complaint, except that in this civil action, Amtrak will not contest liability for compensatory damages proximately caused by the derailment of Train 501 on December 18, 2017.

5.4   Amtrak denies the allegations of Paragraph 5.4 of the Complaint, except that in this civil action, Amtrak will not contest liability for compensatory damages proximately caused by the derailment of Train 501 on December 18, 2017.

### B.   COUNT II – ALLEGED VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT ("CPA")

5.5   Amtrak re-alleges the paragraphs set forth above and below.

5.6   Amtrak denies the allegations of Paragraph 5.6.

5.7   Amtrak denies the allegations of Paragraph 5.7.

5.8   Amtrak denies the allegations of Paragraph 5.8.

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 4
CASE NO. 3:18-CV-05062-BHS
019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

### VI.    PLAINTIFFS' PRAYER FOR RELIEF

Amtrak denies that Plaintiff is entitled to the relief sought in the Complaint.

### AFFIRMATIVE DEFENSES

By way of further answer and affirmative defenses to Plaintiffs' Complaint, Amtrak alleges as follows:

1. To the extent Plaintiffs have failed to mitigate their damages, any recovery should be reduced accordingly.

2. Any claim for punitive damages is barred by 49 U.S.C. § 28103.

3. Any claim for punitive damages is barred by the United States Constitution, including, *inter alia*, the Due Process, Equal Protection and Excessive Fines Clauses, as well as the Washington Constitution and applicable statutory provisions.

4. Plaintiffs' award, if any, is controlled and limited by the applicable provisions of 49 U.S.C. § 28103.

5. To the extent certain expenses incurred by Plaintiffs arising from the incident in question have been paid by Amtrak, any recovery by Plaintiffs should be reduced to the extent of such payments pursuant to the doctrine of accord and satisfaction.

6. Amtrak reserves the right to amend this answer and affirmative defenses to allege additional defenses, add additional parties, and bring third-party claims, as may be identified during the course of discovery and investigation.

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 5
CASE NO. 3:18-CV-05062-BHS
019188.0397/7225880.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' Complaint and set forth its affirmative defenses Amtrak prays as follows:

1. That Amtrak be granted its costs, including reasonable attorneys' fees, incurred in defending this action; and

2. That the Court grant Amtrak such other relief as it deems just and equitable under the circumstances.

DATED this 26th day of February 2018.

LANE POWELL PC

By: /s/ Tim D. Wackerbarth
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com
Warren E. Babb, Jr., WSBA No. 13410
babbw@lanepowell.com
Rachel B. Greenlee, WSBA No. 49873
greenleer@lanepowell.com

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 6
CASE NO. 3:18-CV-05062-BHS
019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant National Railroad Passenger Company d/b/a Amtrak herein requests a jury trial by a jury of twelve in the above-referenced matter.

DATED this 26th day of February 2018.

                          LANE POWELL PC

By: /s/ Tim D. Wackerbarth
    Tim D. Wackerbarth, WSBA No. 13673
    wackerbartht@lanepowell.com
    Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
    Warren E. Babb, Jr., WSBA No. 13410
    babbw@lanepowell.com
    Rachel B. Greenlee, WSBA No. 49873
    greenleer@lanepowell.com

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND- 7
CASE NO. 3:18-CV-05062-BHS
019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 26th day of February, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Darrell L. Cochran
Thomas B. Vertetis
Christopher E. Love
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Avenue, Suite 200
Tacoma, WA 98402-4413
darrell@pcvalaw.com
tom@pcvalaw.com
chris@pcvalaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Executed on the 26th day of February, 2018, at Seattle, Washington.

*Sabrina Mitchell*
Sabrina Mitchell

DEFENDANT NRPC D/B/A AMTRAK'S ANSWER & AFFIRMATIVE
DEFENSES TO COMPLAINT - 8
CASE NO. 3:18-CV-05062-BHS

019188.0397/7225880.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107